IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| DAVID WRIGHT | ) | |
| DEBRA WRIGHT, | ) | Bk. No. 19-30304 |
|    Debtors. | ) | |

## ORDER

This matter comes before the Court on the Debtors' Motion for Extension of the Discharge Date.  IT IS ORDERED that the Motion is GRANTED.  The discharge date is extended to August 2, 2019 for the sole purpose of allowing the debtors an opportunity to file reaffirmation agreements.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: July 3, 2019

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE-1